

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-13-00550-CV

Randy K. **SMITH**,
Appellant

v.

Lawrence **REID**, Royce Reid, Jennifer Heath and THL GP Inc.,
Appellees

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3798
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

The appellees' brief was originally due to be filed on April 7, 2014. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to May 7, 2014. On May 7, 2014, the appellees filed a motion requesting an additional extension of time to file the brief until June 6, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEES WILL BE GRANTED**.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court